UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)

| | |
|---|---|
| MARIBEL QUINTERO DE SALCIDO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 21-1627 MAA<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND, SEVEN HUNDRED DOLLARS, AND 00/100 ($5,700.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

Date: February 10, 2023

HON. MARIA A. AUDERO,
UNITED STATES MAGISTRATE JUDGE